IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID CONKLIN, #1732987 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv450 |
| DIRECTOR TDCJ-CID, ET AL. | § | |

ORDER DENYING PLAINTIFF'S MOTION FOR A
TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations that Plaintiff's "Order to Show Cause for an Preliminary Injunction and a Temporary Restraining Order" (docket entry #14), construed as a Motion for a Temporary Restraining Order and/or Preliminary Injunction, be denied, has been presented for consideration.  No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the Plaintiff's "Order to Show Cause for an Preliminary Injunction and a Temporary Restraining Order" (docket entry #14), construed as a Motion for a Temporary Restraining Order and/or Preliminary Injunction is hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 30th day of December, 2011.**


_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE